**Louis Pasecky, Appellee, v. Guy A. Richardson et al., Trading as Chicago Surface Lines, Appellants.**

Gen. No. 41,410.

opinion filed March 31, 1941. Frank L. Kriete, Thomas M. Morris and Arthur J. Donovan, for appellants; John R. Guilliams, of counsel; Henry Pollenz, for appellee; John A. Zvetina, of counsel. Opinion by PRESIDING JUSTICE O'CONNOR. ''Not to be published in full.''